IN THE UNITED STATES FEDERAL CIRCUIT COURT
SOUTHERN DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | |
| v. | ) | Case Number: |
| | ) | 4:22 MJ 103 - CLR |
| DOMINIC BOX, | ) | |
| Defendant. | ) | |

# ENTRY OF APPEARANCE

COMES NOW Skye Ellen Musson and hereby files this Entry of Appearance on behalf of Defendant, requesting that her name be entered as Counsel of record for Defendant and that copies of all pleadings and other papers filed with the Court in this matter be served upon her as required by law and that she be notified of all hearings scheduled involving the Defendant.

Respectfully submitted on 12/15/2022.

/s/ *Skye Ellen Musson*
Skye Ellen Musson
State Bar No.: 513712
5501 Abercorn Street, Suite D-246
Savannah, Ga 31405
skye@mussonloawoffices.com
Phone: 912-596-4661