# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 4:22mj103 | **DATE:** December 15, 2022 |
| **UNITED STATES OF AMERICA** | **TIME:** 1:14 - 1:46 p.m. |
| **v.** | **LOCATION:** SAVANNAH |
| **DOMINIC BOX** | |

| | |
|---|---|
| **Judge:** Christopher L. Ray, US Magistrate Judge | **Courtroom Deputy:** Molly Davenport |
| **Court Reporter:** FTR SAV-CR2 | **Interpreter/Law Clerk:** |
| **Probation Officer:** Lauren McDaniel | **Security:** CSO Terry/USMS Nick |
| **Attorney(s) for Government:** Jennifer Solari | |
| **Attorney(s) for Defendant:** Skye Musson (retained) | |

**PROCEEDINGS:** INITIAL APPEARANCE - RULE 5

    **CHARGING DISTRICT:** District of Columbia

    **CASE NUMBER:** 1:22mj273

- [x] Defendant advised of charges and penalties
- [ ] Defendant qualifies for court appointed counsel
- [ ] Defendant waives preliminary hearing
- [ ] Defendant waives identity hearing
- [ ] Preliminary hearing set for:
- [ ] Government moves for detention:
  - [ ] Defendant waives detention hearing in the Southern District of Georgia
  - [ ] Defendant requests 5 days to prepare for detention hearing
  - [ ] Government requests 3 days to prepare for detention hearing
  - [ ] Detention hearing scheduled for:
  - [ ] Detention hearing held.
- [x] Defendant released on an Appearance Bond
  - [x] Defendant is ordered to appear at the charging district on: by Zoom on 12/22/2022 at 1:00 p.m.
- [ ] Defendant detained pending a detention hearing
- [ ] Defendant remanded to the custody of the US Marshal for transport back to: _____

**ADDITIONAL COMMENTS:**

Defendant reserved his preliminary hearing for the charging district.

The government requested a speedy trial ruling and was advised by the Court that any speedy trial finding is up to the charging district.