# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

| | | |
|---|---|---|
| United States of America | ) | Case No.  4:22mj103-CLR |
| v. | ) | |
| Dominic Box | ) | Charging District:  District of Columbia |
| _____ | ) | Charging District's Case No.  1:22-mj-273 |
| *Defendant* | ) | |

### ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
### WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place:  VTC (ZOOM)<br><br>https://uscourts-dcd.zoomgov.com/j/1605981178?pwd=cVN5US9DMzJ5NWFLNjhGemZmSU1odz09<br><br>Meeting ID: 160 598 1178<br>Passcode: 717744 | Courtroom No.:<br><br>Magistrate Judge Moxila A. Upadhyaya |
| | Date and Time: Thursday, December 22, 2022 @ 1:00 p.m. EST |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:  December 15, 2022

_____
*Judge's signature*

Christopher L. Ray, U.S. Magistrate Judge
*Printed name and title*

In accordance with Federal Rule of Criminal Procedure 5(f)(1), the Court orders the United States to produce all exculpatory information under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. Failure to timely perform these obligations may result in various consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions.

Date: December, 15, 2022

_____
Magistrate Judge Christopher L. Ray